# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DANIEL VINCER,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 3:08-cv-00557 |
| ) | JURY DEMAND |
| **COVENANT TRANSPORT, INC., and** ) | Judge Echols |
| **JOYCE A. TIPTON,** ) | Magistrate Judge Knowles |
| ) | |
| **Defendants** ) | |

## ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court that as evidenced by the signatures of the respective counsel for the parties appearing below, that the Plaintiffs, Daniel L. Vincer, and Defendants, Covenant Transport, Inc. and Joyce A. Tipton, have agreed to compromise and settle all matters in controversy in this case and that Defendants are intended to be discharged from any further liability to the Plaintiff, including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, or any other lien of any kind as well as other bills or costs, it is accordingly,

**ORDERED** that Defendants be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to Defendants. The costs of this action are taxed to the Defendants for which execution may issue if necessary.

BE IT SO ENTERED this <u>30 th</u> day of March, 2009.

_____
U.S. District Judge

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.

By:   /s/ John R. Tarpley
     John R. Tarpley, BPR # 9661
     E-mail: jtarpley@lewisking.com
     David A. Changas, BPR # 20679
     E-mail: dchangas@lewisking.com
     201 Fourth Avenue North, Suite 1500
     P.O. Box 198615
     Nashville, TN 37219
     Phone: (615) 259-1366
     Fax: (615) 259-1389

     Attorneys for Defendants

BREEN & MORGAN, PSC

By:   /s/ Mike Breen
     Mike Breen, BPR No.
     E-mail: mike@breenandmorgan.com
     870 Fairview Avenue, Suite 5
     Post Office Box 3310
     Bowling Green, KY 42104-3310

     Attorneys for Daniel L. Vincer

**CERTIFICATE OF SERVICE**

   I hereby certify that on this the 26th day of March, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the court's electronic filing system.

  Mike Breen, Esq.
  Breen & Morgan, PSC
  870 Fairview Avenue, Suite 5
  Post Office Box 3310
  Bowling Green, KY 42104-3310

              /s/ John R. Tarpley
              John R. Tarpley